Bruce M. Warren (SBN 106457)
12919 Gilmore Ave.
Los Angeles, CA 90066
Tel: (310) 871-0678
E-mail: bruce@sendlgm.com

Law Offices of Alexander E. Gilburg
Alexander E. Gilburg (State Bar #167277)
15260 Ventura Blvd Ste. 1200
Sherman Oaks, CA 91403
Telephone: (818) 780-7373
Facsimile: (818) 780-7733

Attorney for Plaintiff Jorge Sanchez

JS-6

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SANCHEZ, <br><br> Plaintiff, <br><br> vs. <br><br> INTEGON NATIONAL INSURANCE COMPANY, a Connecticut Corporation <br><br> Defendant. | CASE NO. 2:20-cv-11635 -CAS(SKx) <br><br> ORDER ON STIPULATION TO DISMISS (F.R.CIV.P, 41) |

## ORDER RE DISMISSAL

The parties having stipulated to the dismissal of this matter and good cause appearing, it is hereby ordered that this matter be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: March 15, 2021

By: *Christina A. Snyder*
United States District Judge